Theodore JUSTICE, Plaintiff–Appellant,

v.

Peter WHITE, Vance County Sheriff; Samuel Booth Currin, Vance County District Attorney; Allison S. Capps, Vance County Assistant District Attorney; Henry W. Hight, Jr., Senior Resident Superior Court Judge; Thomas S. Hester, JR., Chairman Vance County; Theresa Jomo, LPN, Vance County Detention Center, Defendants–Appellees,

and

Nurse Terry, Vance County Detention Center, Defendant.

No. 14–1153.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: July 1, 2014.

Theodore Justice, Appellant Pro Se. James R. Morgan, Jr., Womble Carlyle Sandridge & Rice, PLLC, Winston–Salem, North Carolina; Kristen Yarbrough Riggs, Womble Carlyle Sandridge & Rice, PLLC, Raleigh, North Carolina; Grady L. Balentine, Jr., Special Deputy Attorney General, Raleigh, North Carolina; Walter Gregory Merritt, Jay C. Salsman, Harris, Creech, Ward & Blackerby, New Bern, North Carolina, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Justice's civil rights action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Justice v. White*, No. 5:13–cv–00548–FL, 2014 WL 687658 (E.D.N.C. Feb. 10, 2014). We deny Justice's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*